**Order entered March 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00138-CV

## IN THE INTEREST OF T.J.S., A CHILD

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-14-15124**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Brown

Based on this Court's opinion of this date, we **AFFIRM** the trial court's February 19,

2015 order sustaining the contest to appellant's affidavit of indigence.


/s/    CAROLYN WRIGHT
        CHIEF JUSTICE